[No. 16457-4-II.   Division Two.   August 9, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. GENE
WALLACE NEATHAMER, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlit:
County, No. 91-1-00795-8, James E. Warme, J., entere(
August 20, 1992. *Reversed* by unpublished opinion pe]
Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J

[No. 15839-6-II.   Division Two.   August 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECA
MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierc(
County, No. 91-1-03121-7, Terry D. Sebring, J., entere(
March 10, 1992. *Affirmed* by unpublished opinion per Alex
ander, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15959-7-II.   Division Two.   August 10, 1994.]

EDWARD FALLS, *Appellant*, v. DOLORES V. FLAGG, ET
AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clar]
County, No. 91-2-00548-0, Thomas L. Lodge, J., entered Apri
6, 1992. *Affirmed* by unpublished opinion per Seinfeld, J:
concurred in by Morgan, C.J., and Houghton, J.

[No. 15631-8-II.   Division Two.   August 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clar]
County, No. 91-1-00555-9, John N. Skimas, J., entered De
cember 24, 1991. *Affirmed* by unpublished opinion per Mor
gan, C.J., concurred in by Seinfeld and Houghton, JJ.